# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Hale, | No. CV-18-00580-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| CHG Employee Holding LLC, et al., | |
| Defendants. | |

In accordance with the Joint Stipulation (Doc. 15) to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed on March 7, 2019, this action is hereby dismissed without prejudice. **The Clerk of the Court shall close the file in this case.**

It is **SO ORDERED.**

Dated this 7th day of March, 2019.

Honorable James A. Soto
United States District Judge